**No. 60122.**—Compass Instrument & Optical Co., Inc. *v.* United States, protests 246394–K, etc. (New York).

Opinion by Lawrence, J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C. D. 1519), the protests were dismissed, and the matters were remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U. S. C. § 2636 (d)).

**No. 60123.**—American Products Co. *v.* United States, protest 509695–G (San Francisco).

Opinion by Rao, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60124.**—Yamasaki Co. *v.* United States, protest 527526–G (Los Angeles).

Opinion by Rao, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60125.**—Scherman Bros. *v.* United States, protests 538308–G and 538517–G (San Francisco).

Opinion by Rao, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.